UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED FOOTWEAR GROUP, LLC

             Plaintiff,

-v.-

ACE PROPERTY AND CASUALTY INSURANCE COMPANY,

             Defendant.

20 Civ. 8641 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On February 5, 2021, Defendant filed a Motion to Dismiss this action. (Dkt. #15). The motion is denied without prejudice due to Defendant's failure to file a pre-motion letter in accordance with the Court's Individual Rule of Practice 4(A). Defendant is directed to file a pre-motion letter conforming to the specifications in that Rule on or before **February 15, 2021**. The Clerk of Court is directed to terminate the motion at Docket No. 15.

    SO ORDERED.

Dated:     February 8, 2021
             New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge