UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED FOOTWEAR GROUP, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 1:20-cv-8641-KPF<br><br>**NOTICE OF APPEARANCE AS TO DEFENDANT, ACE PROPERTY AND CASUALTY INSURANCE COMPANY** |

To:   The Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Meghan C. Goodwin, an attorney in good standing of the bar of this Court, hereby appears as counsel for Defendant ACE Property and Casualty Insurance Company.

Dated:   February 24, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By:   s/ Meghan C. Goodwin
　　　　　　　　　　　　　　　　　　　　　Meghan C. Goodwin
　　　　　　　　　　　　　　　　　　　　　**CLYDE & CO US LLP**
　　　　　　　　　　　　　　　　　　　　　The Chrysler Building
　　　　　　　　　　　　　　　　　　　　　405 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　New York, New York 10174
　　　　　　　　　　　　　　　　　　　　　meghan.goodwin@clydeco.us
　　　　　　　　　　　　　　　　　　　　　(212) 710-3900 (*phone*)
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　*ACE Property and Casualty Insurance Company*