UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED FOOTWEAR GROUP, LLC<br><br>                    Plaintiff,<br><br>         -v.-<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                    Defendant. | 20 Civ. 8641 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear on **January 27, 2022, at 3:30 p.m.** for a telephonic conference at which the Court will provide an oral decision resolving Defendant's pending motion to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6) (Dkt. #24-26). At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

SO ORDERED.

Dated:     January 24, 2022
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge