UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED FOOTWEAR GROUP, LLC,

                Plaintiff,

-v.-

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY,

                Defendant.

20 Civ. 8641 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

For the reasons stated at the January 27, 2022 conference, the Court GRANTS Defendant ACE Property and Casualty Insurance Company's motion to dismiss the Complaint (Dkt. #24) and dismisses this case with prejudice (*see* Minute Entry for January 27, 2022).

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:    January 28, 2022
            New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge